**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHEN KLIKA,

                      Plaintiff,

    -against-                          18 **CIVIL** 5031 (NSR)

                                             **JUDGMENT**

TUCKAHOE POLICE ORGANIZATION, INC., and
VILLAGE OF TUCKAHOE,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 1, 2020, Defendants' motions to dismiss the Amended Complaint are granted, and the Amended Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      May 4, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          Clerk of Court
                                       **BY:**
                                                           Deputy Clerk